The court now calls case number one one nine oh nine five people of the state of Illinois versus Christopher M Geiler, are you ready to proceed? You ready? Mr. Gailer Proceed The question of whether a violent would you introduce yourself for the record Thank you The question of whether a violation of the directory timing requirements rule 552 warrants dismissal without any showing of prejudice to the defendant. It turns on that requirements directory nature It's a directory rule. Directory rule is a rule that by its nature does not permit dismissal for a bare violation and then holding to the contrary the appellate court disregarded the nature and purpose of directory rules and It did so because as it said the Supreme Court does not make useless rules And that's that's true. The court's rules are intended to serve a variety of interests interests of a variety of parties in a variety of different contexts and It does so by imposing obligations on parties and it does that using a mandatory phrase shall Party shall do this. Party shall not do that But the fact that all these obligations are created using the same phrase shall Does not mean the court mistook all of the interests that those obligations serve as being of equal significance There's of course a hierarchy of interests in the criminal context one of the Interests populated on top of the hierarchy is the interest in protecting the public by prosecuting crimes Generally that interest is only superseded by a defendant's due process rights and So When the court uses a directory rule to protect an interest what's indicating is that a bare violation of that rule Does not itself support Dismissal it doesn't elevate that interest above the public interest in prosecuting crime unless the violation is also So accompanied by prejudice to the due process rights of the defendant So the circuit courts powerless to address the consistent Intentional violation of a Supreme Court rule unless the unless the individual defendant can show prejudice. Is that what you're saying? That's correct. Your honor and that's that's deliberate. That's why the court enacted a directory rule as in people v. Ziobro the court Ziobro is actually a number of consolidated appeals out of Will County so arguably a defendant there could have argued that there was a pattern of violations of rule 504 which Directed that the police shall set the first appearance on a ticket within 14 to 60 days of issuance and This court said very clearly it's it's a rule the rules are not suggestions. They are obligatory duties placed on parties But where it's a directory rule the court has determined that the interest protected by that rule in both rule 504 and rule 552 an administrative interest in moving cases along in an orderly and Smooth way that that interest does not trump the public's interest in in Protecting itself through prosecuting crime unless it's also supported by due process violation and And it's not There's a certain Aesthetic distaste to saying well, this is a rule a rule has to have consequence But that's only true for mandatory rules directory rules are by their nature selected because they are not rules that alone will support a Violation and it's it's easy to understand why there are lots of different parties with lots of different interests, but those interests are Differing weight in different contexts for example there is no question That the appellate courts have a legitimate interest in being able to easily navigate the briefs of Parties before them they want to you need to be able to turn the pages easily the font should be easily legible and So we have rule 341 a which dictates that the parties shall securely bind their briefs along the left-hand side But if a criminal defendants on direct appeal who was proceeding pro se who was in prison He was challenging his conviction if he were to instead Bind his brief along the top of the brief rather than the left-hand side thereby clearly violating The language of the rule it said that he shall bind it along left-hand side to dismiss his appeal as a result of that violation would be saying that the courts interest in easily handling the briefs is superior to the defendants interest in a a direct appeal from his criminal conviction And I think there's there's an important point to be made with these directory rules and the kinds of violations that show up with respect to these directory rules a Clear and consistent pattern is not evidence of defiance by the police There's no suggestion that the Troy Police Department in this case knew and clearly understood that This was a mandatory obligation On that point though is there any evidence in the record of the Troy Police Department? Why they Said only on Monday and Friday and also, why didn't they mail it? I mean the rule requires Permits mailing to that. I I don't know why they didn't mail it This is this is not in the record, but it what happened subsequently maybe of some Some any evidence what why they could only do it on Mondays and Fridays well so in the record Detective Hayes said he Demonstrated a misunderstanding of what the rules actually required, so there's no suggestion that they were doing it out of defiance They were saying let's take it to the circuit court and only deliver Tickets twice a week rather than four times a week as the rule requires and My my understanding having reached out subsequently is that they are now in compliance they now Take them over Monday Wednesday and Friday And they have a supervisor standing in line at the post office Saturday mornings to ensure that tickets issued Friday night are Receive a postmark that will put them in strict compliance with the rule those tickets are then subsequently actually arrived at the court on Tuesday So somewhat later than they would have had they been delivered using the old system The Troy Police Department has a tries to have On any given shift two officers on duty and a supervising officer and That's that's the police force my understanding is that there are police departments in the state that are smaller than that I mean we have one officer on hand is it not why the the mailing of the citation is from that I I don't know your honor. I it seems like they they could have mailed it although I Don't know How many blue boxes there are or if there are blue boxes in Troy My understanding is that there are communities in the state that do not have Mailing box if you want to mail something either put it in your mailbox with a little flag up if you have one of those I don't know if the police departments necessarily do or you take it to the to the post office and stand in line and mail it But that that necessarily means that the police department needs to allocate in Troy's Case one of a third of its police force to spending a certain amount of time Standing line post office to mail this thing, but if we adapt your prejudice Requirement won't this just encourage police departments not to comply with the rule, and then how would a defendant ever show prejudice? Well your honor We would agree that a defendant probably can never show prejudice And that's why a violation of this rule doesn't support dismissal because it doesn't actually prejudice the defendant now If it prejudiced the court one can imagine say well hard to imagine, but we'll try to imagine The Chicago Police Department saying you know what we're tired of delivering our tickets Within 40 hours of issuance. We're just going to once a month back a fleet of trucks up to the Cook County Circuit Court and and dump this avalanche of stale tickets on them that would clearly prejudice the administration of justice in Cook County and likely would impose due process violations on a Number of defendants as their tickets would then be processed months and months and months later They could no longer post the cash bond to get the driver's license back other various hardships But in cases like this where there's essentially substantial compliance Very few of these tickets are actually received any later than they would have in strict compliance had they've been mailed For example the Tuesday citations that under the old system in Troy were always going to be untimely outside of the 48-hour window Weren't actually received by the court necessarily any later than they would have had they've been mailed in strict compliance with the rule There's no suggestion on this record that the Madison County Circuit Court was in any way prejudiced that they were having difficulty Processing two batches of 30 to 50 citations a week rather than three batches of 25 citations The court didn't not only was there no evidence the court didn't make any offhand remarks in dismissing the charges That's saying yes, this has been a problem or even sort of vague sentiments like that It simply was here is a rule there was a violation there needs to be a consequence And that's simply not how directory rules work this court has been very clear when it enacts a directory Directory rule is doing so for a purpose It's doing it as opposed to enacting a mandatory rule Mandatory rule would support dismissal and if the court had decided that the administrative interests of the circuit court in an orderly procession of processing these tickets is Superior to the public's interest in prosecuting crimes such that it in it is worth Essentially putting a 48-hour statute of limitations on all crimes chargeable by uniform citation to try and enforce police departments to Strictly comply with this rule where there's no evidence that they're not trying At least making a good faith effort based Limited by either resources or Incomplete understanding of the rules requirements, but if there's a pattern of flagrant disregard for this courts rules Does the court have any? Mechanism to enforce its rule well it One of it an apparently effective mechanism is is to tell the police that you need to do something differently Which does not need to be done by dismissing cases for example Troy apparently was able to amend its procedures when it was Apprised of the fact that was doing it wrong, and what about the Hanna case? That from 1989 case the Hanna case. We don't know if there was a pattern But Hanna said was well this alone is a it's a directory rule. It does not support dismissal, but The Supreme Court doesn't make rules for no reason so even though we understand the nature of a directory rule We still feel like there needs to be something and so they tried to cobble together some sort of presumptive Prejudice to the administration of justice and in some cases it may be prejudicial as the Chicago Hypothetical for example would be prejudicial to the administration of justice But that uniform presumption doesn't seem warranted as evidenced by the facts in this case. There's no suggestion that the procedure Mistakenly adopted by the Troy Police Department although in substantial compliance with the rule Was In any way prejudicing the administration of justice in Madison County so so you know could a creative lawyer come up with some ideas of mandamus or Some other kind of vehicle to try to enforce these rules one Possibly it's possible that a mandamus action would be Would be a way of getting around this the circuit court could I suppose Seems Odd but bring a mandamus action against the police for failing to abide by its or the the party could bring a mandamus against the police and I guess a violation of that act could result of a Mandamus order could result so is there any enforcement again? My question is are there any enforcement mechanisms for violations pattern of violations? flagrant violations of this course rules But Not for directory rules that don't show prejudice unless and I have not gamed this out And unless I'm in I guess a mandamus action could Could possibly remedy that I mean it would imagine the result would be a civil contempt order so there'd be some sort of fines So I guess the police, but again. It doesn't seem like the police are doing this out of defiance doesn't the One of the reasons for directory rules is to provide guidance and they use mandatory language They say shall because we're not saying you might consider Violent this is a best practices do this do this this way But not all interests are protected on pain of dismissal That's the court has determined There's a hierarchy of interest and some of them are more important than others and we aren't going to sacrifice higher-order interests Simply to protect simply for the enforcement of a rule Enforcement alone is not enough In defendants brief he suggested that the public has an interest in seeing law enforcement Follow Supreme Court rules and that that interest would support dismissal But elevating the public interest in seeing law enforcement or state's attorney's officer any government agency follow the rules For that to be sufficient for dismissal. There is no longer any distinction between a directory and mandatory rule. It's now a violation alone as evidence of A government entity not following the rules is sufficient to dismiss a case And yoga the court the court was clear the the authority of circuit courts to dismiss criminal charges is narrow there are the enumerated conditions under section 114 dash 1 of the Code of Criminal Procedure and Absent that the court has discretion to dismiss only where the due process rights of a defendant have been violated Just As in rule 341 a the the side of the brief that is bound or the color of the ink that is used There's no question that those rules are in service of a legitimate interest But just as those rules would not violation of those rules would not support dismissing Appeals and violation of the first appearance rule in rule 504 in Zio bro did not support dismissing appeals without showing of Prejudice to a defendant here the rule that a violation of was essentially an internal administrative procedure To get tickets from one building to another building so that they can be stamped and processed If that doesn't violate a defendant's due process rights it is alone not sufficient to dismiss a criminal charge I'm missing something doesn't the clerk's office Refuse briefs that are not in compliance with the rule It could it could say that you need it well now that we have Electronic filing in this court this court would I don't know necessarily that in the district courts For example if a pro se defendant filed a brief that was stapled along the top or that was in blue ink That would necessarily be bounced But if were it wouldn't be a dismissal of the case They would likely say your brief is faulty in some way and allow them to file a brief if those Errors were corrected right right now the problem with these sorts of timing errors is there isn't a way to correct them in an individual Case there's no way to go back in time and and mail it 24 hours earlier than you did So the question is now we have an error. There's no way to correct it by having a do-over What is the appropriate remedy and in many of these instances the appropriate remedy is if there's no harm, then there's no foul and it's again This is not a case where the government entities are trying to thumb their noses at this court or the local clerk It's not trying to make life difficult for anyone. They're simply failing to strictly comply with with these rules and Unfortunately in in Troy and apparently in Collinsville There's a case coming up through the fifth district where a DUI was dismissed for failure to strictly comply There was a clear apparently a clear and consistent pattern of violation by the Collinsville Police Department in Transmitting their tickets within 48 hours. I don't know what the personnel situations there are like But there's no indication that these police departments are not trying their best within their understanding of the rule And there's no question that they could do better But where they fail to do better That failure does not require that the circuit courts sacrifice the public's interest in prosecuting crimes and For those reasons if there are no further questions, we ask this court reverse the ruling of the lower court. Thank you. Mr. Giler, do you have any comments you wish to make? May it please the court. I'm Christopher Giler I feel this this case was correctly decided at the lower courts, you know I used every effort possible to try to prove a clear and consistent violation which would in turn Match with the Hanna case. I feel I've made my best argument in the brief If anything, I would ask the court to adopt a statement in regards to clear and consistent violation to actually give the rule Substance and merit. I think a rule that was created and put on the record in 1967 and has been on the record at this this length of time and has been Has had argument come against it and has been defended correctly and has stood on merit. I feel it Is a rule that obviously had a reason You know for anybody any municipality to disregard a rule just for the sake of convenience I think that negates the rule in itself Based on the state's argument of proving prejudice as the state has stated I feel that if the general public cannot depend on the courts ability to Create worth to their rules. I think that does create a prejudice within the general public You know, I would ask the court at this time to uphold You know the previous rulings the appellate and the lower courts level If there's any questions that I could answer I will do my best to try to do so No, I think there any questions, okay. Thank you very much You Very briefly your honor Returning justifies this question it about is there some sort of remedy? We do believe that mandamus of supervisory orders might be used to remedy some of these concerns. Also, mr Guy was absolutely correct The court should determine that a directory rule is not appropriate in this instance could always amend its rule make it a mandatory rule Or put in some sort of sanction in the text of the rule that isn't there now But the the concern that the public's perception about the court's inability to enforce its rules when directory rules are violated is Based on the public's misunderstanding of what a directory rule does directory rule simply does not represent an effort to protect an interest above the interest in prosecution And so sports in Geo bro does not support dismissal report Which is to amend the rule to make a mandatory rule which provide a specific sanction then of course the court could do so Again, we have Thank you case number one one nine 095 people the state of Illinois versus Christopher and Guyler will be taken under advisement as agenda number three Mr.. Schneider, mr. Guyler. Thank you for your arguments this morning. You're excused at this time Marshall the Supreme Court stands adjourned until Thursday morning January 14th at 9 a.m.